# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STEVEN SCOTT MARTIN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **RAZOR USA LLC AND** | § | |
| **WALMART INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>LIST OF ALL COUNSEL OF RECORD</u>

1.    Plaintiff Steven Scott Martin

Leroy Scott
State Bar Number: 24083824
Scott Law, PLLC
5718 Westheimer Road, Suite 1000
Houston, Texas 77057
PO Box 420453
Houston, TX 77242-0453
Phone: (800) 491-0780
Facsimile: (713) 583-1158
Email: lscott@scottesq.com

**ATTORNEYS FOR PLAINTIFF**
**STEVEN SCOTT MARTIN**

2.    Defendant Razor USA LLC

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com

Max J. Wagner
State Bar No. 24115914
mwagner@pmmlaw.com
Parsons McEntire McCleary, PLLC
One Riverway, Suite 1800
Houston, TX 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

**ATTORNEYS FOR DEFENDANT
RAZOR USA LLC**

3.     Defendant Walmart Inc.

Stacy Hoffman Bruce
Texas Bar No. 24036793
Cobb Martinez Woodward PLLC
sbruce@cobbmartinez.com
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
Telephone: (214) 220-5210
Facsimile: (214) 220-5299

**ATTORNEYS FOR DEFENDANT**